| Case No. | CV 19-00380-AG (KESx) | Date | July 25, 2019 |
|---|---|---|---|
| Title | Columbia Casualty Company v. Counter Brands, LLC et al | | |

PRESENT:

**HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

Melissa Kunig
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

This action was filed on January 17, 2019. On June 18, 2019, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before July June 21, 2019 why this action should not be dismissed for lack of prosecution. On June 21, 2019 Plaintiff filed a Response [19] and the Court extended the responsive deadline to July 22, 2019 [20]. Plaintiff has failed to respond to the Court's Order. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court further orders the Order to Show Cause [18] issued on June 18, 2019 discharged.

- : -

Initials of Deputy Clerk   mku

cc: